UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Albert Araujo

    v.                              Case No. 23-cv-453-PB-TSM

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 14, 2023, and grant the Warden's motion for summary judgment (Doc. No. 5). The clerk shall enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                     __/s/Paul Barbadoro_____
                                     Paul J. Barbadoro
                                     United States District Judge

Date: January 17, 2024

cc: Albert Araujo, pro se